798 A.2d 1273

**Elma WATSON, Administratrix of the Estate of Willie Watson, Deceased and Elma Watson in her Own Right, Respondents,**

v.

**TEMPLE UNIVERSITY, A Pennsylvania Non–Profit Corporation, Which is a Commonwealth University, Temple University Police Department and Temple University Parking Services, Petitioners.**

Supreme Court of Pennsylvania.

March 21, 2001.

*ORDER*

PER CURIAM.

**AND NOW,** this 21st day of March, 2001, the Petition for Allowance of Appeal is granted on the following issue:

Whether the trial court order granting Respondent's Motion to Compel discovery was appealable as of right pursuant to Pa.R.A.P. 313.

Respondent's Motion for Expedited Consideration is denied.